### WALLACE v. MANNING.

(Supreme Court, Appellate Division, First Department. February 5, 1909.)

VENUE (§ 52*)—CHANGE OF PLACE OF TRIAL—CONVENIENCE OF WITNESSES.
Where the occurrences out of which an action arose happened in another county, and the greater number of material witnesses resided there, the place of trial should be changed to that county.

[Ed. Note.—For other cases, see Venue, Cent. Dig. §§ 76, 77; Dec. Dig. § 52.*]

Appeal from Special Term, New York County.

Action by Joseph C. Wallace against William H. Manning. From an order denying a motion to change the place of trial, defendant appeals. Reversed, and motion granted.

Argued before INGRAHAM, McLAUGHLIN, HOUGHTON, CLARKE, and SCOTT, JJ.

W. P. Butler, for appellant.
Jeremiah A. O'Leary, for respondent.

PER CURIAM. As the occurrences out of which this action arose happened in the county of Saratoga, and the greater number of material witnesses resided there, the place of trial should have been changed to that county.

The order appealed from must be reversed, with $10 costs and disbursements, and the motion granted.